**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | |
|---|---|
| In re: § | |
| § | |
| ANDERSON, PAUL § | Case No. 11-29999 |
| ANDERSON, KIMBERLY § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   CLERK OF THE U.S. BANKRUPTCY COURT
   219 S. DEARBORN STREET
   CHICAGO, IL 60604
   Attn: Fiscal Department

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 10/05/2012 in Courtroom 201,
   Will County Court Annex Building
   57 North Ottawa Street
   Joliet, IL  60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

ANDERSON, PAUL
ANDERSON, KIMBERLY

Case No. 11-29999

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,000.00 |
| and approved disbursements of | $ | 50.04 |
| leaving a balance on hand of[1] | $ | 7,949.96 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 1,550.00 | $ 0.00 | $ 1,550.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,550.00 |
| Remaining Balance | | $ | 6,399.96 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 58,196.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Fifth Third Bank | $ 4,661.47 | $ 0.00 | $ 512.63 |
| 2 | Fifth Third Bank | $ 20,423.00 | $ 0.00 | $ 2,245.96 |
| 3 | Fifth Third Bank | $ 15,187.74 | $ 0.00 | $ 1,670.23 |
| 4 | Capital One, N.A. | $ 1,497.50 | $ 0.00 | $ 164.68 |
| 5 | Ford Motor Credit Company LLC | $ 8,038.95 | $ 0.00 | $ 884.06 |
| 6 | US BANK N.A. | $ 8,387.63 | $ 0.00 | $ 922.40 |
| | Total to be paid to timely general unsecured creditors | | $ | 6,399.96 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

　　　　Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

　　　　Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Thomas E. Springer_____
Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 11-29999-BWB
Paul Anderson Chapter 7
Kimberly Anderson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: dgomez     Page 1 of 3     Date Rcvd: Aug 28, 2012
                    Form ID: pdf006     Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2012.

```
db/jdb       +Paul Anderson,   Kimberly Anderson,    1960 Blossom Lane,    Aurora, IL 60503-5643
17572972     +Abn Amro Mortgage Grou,    Po Box 9438,    Gaithersburg, MD 20898-9438
17572973    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
18379814     +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
17572975     +Central DuPage Hospital,    0N025 Winfield Road,    Winfield, IL 60190-1295
17572976     +Charter 1 Bk,    1215 Superior Ave E,    Cleveland, OH 44114-3299
17572977     +Charter One Na,    870 Westminster St,    Providence, RI 02903-4024
17572979     +Chase,    201 N Walnut St # De1-10,    Wilmington, DE 19801-2920
17572978     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
17572980     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
17572982     +Edward Hospital,    801 S. Washington St,    Naperville, IL 60540-7499
17572983    #+Edye Burton,    12728 Grande Pines Blvd.,    Plainfield, IL 60585-2880
17572984     +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
18314078     +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,    Dallas, Texas 75243-4652
17572986     +Ford Cred,    Po Box Box 542000,    Omaha, NE 68154-8000
18447320     +Ford Motor Credit Company LLC,    P O Box 6275,    Dearborn, MI 48121-6275
17572992     +Harris Bank Barrington,    201 S Grove Ave,    Barrington, IL 60010-4493
17572995     +Hsbc/Carsn,    Po Box 15521,    Wilmington, DE 19850-5521
17572997     +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
17573000     +Talbots,    175 Beal St,    Hingham, MA 02043-1512
17573001     +Thd/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
18491270    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US BANK N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
              CINCINNATI, OH 45201-5229)
17573005    ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
              (address filed with court: Von Maur,    6565 Brady St,    Davenport, IA 52806-2054)
17573004     +Vincent Rosanova,    23 W. Jefferson, #200,    Naperville, IL 60540-4732
17573006     +Wffnatbank,    Po Box 94498,    Las Vegas, NV 89193-4498
17573007     +Wffrs/Bay Furniture,    Po Box 10475,    Des Moines, IA 50306-0475
17573008     +Wfnnb/Express,    4590 E Broad St,    Columbus, OH 43213-1301
17573009     +Will County Treasurer--Property Tax,    Will County Office Building,    302 N. Chicago St.,
              Joliet, IL 60432-4078
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17572981     +E-mail/Text: legalcollections@comed.com Aug 29 2012 02:01:17     ComED,    Bankruptcy Department,
              555 Waters Edge,    Lombard, IL 60148-7044
17572985     +E-mail/Text: fmbbankruptcy@firstmidwest.com Aug 29 2012 03:10:15     First Midwest Bank,
              PO BOX 9003,    Gurnee, IL 60031-9003
17572987     +E-mail/Text: ally@ebn.phinsolutions.com Aug 29 2012 02:04:47     G M A C,    15303 S 94th Ave,
              Orland Park, IL 60462-3825
17572988     +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2012 01:51:37     Gemb/Empire,    Po Box 981439,
              El Paso, TX 79998-1439
17572989     +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2012 03:49:06     Gemb/Gap,    Po Box 981400,
              El Paso, TX 79998-1400
17572990     +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2012 01:51:37     Gemb/Gapdc,    Po Box 981400,
              El Paso, TX 79998-1400
17572991     +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2012 01:51:37     Gemb/Meijer,    Po Box 981400,
              El Paso, TX 79998-1400
17572993     +E-mail/Text: pgray@hinsdalebank.com Aug 29 2012 02:01:34     Hinsdale B&T,    25 E First St,
              Hinsdale, IL 60521-4119
17572994     +E-mail/Text: pgray@hinsdalebank.com Aug 29 2012 02:01:34     Hinsdale Bank & Trust,
              25 E First St,    Hinsdale, IL 60521-4119
17572996     +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 29 2012 01:57:20     Kohls/Capone,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
17572998     +E-mail/Text: bankrup@nicor.com Aug 29 2012 01:43:34     Nicor,    PO BOX 416,
              Aurora, IL 60507-0416
17572999     +E-mail/Text: bankrup@nicor.com Aug 29 2012 01:43:34     Nicor Gas,    1844 Ferry Road,
              Naperville, IL 60563-9600
                                                                                              TOTAL: 12
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
17573002*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Us Bank,    Po Box 5227,    Cincinnati, OH 45201)
17573003*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Us Bank/Na Nd,    4325 17th Ave S,    Fargo, ND 58125)
17572974    ##+Cco Mortgage Corp.,    2812 Emerywood Pkwy,    Richmond, VA 23294-3727
                                                                                 TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: dgomez              Page 2 of 3           Date Rcvd: Aug 28, 2012
                              Form ID: pdf006           Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 30, 2012**                         **Signature:**      _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: dgomez              Page 3 of 3              Date Rcvd: Aug 28, 2012
                              Form ID: pdf006           Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2012 at the address(es) listed below:

```
              Megan A Drefchinski    on behalf of Creditor   First Midwest Bank mdrefchinski@collinslaw.com,
               ktaylor@collinslaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert V Schaller    on behalf of Debtor Paul Anderson SchallerLawFirm@gmail.com,
               usbc2007@gmail.com;slfecfmail@gmail.com
              Thomas E Springer    on behalf of Trustee Thomas Springer tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
              Thomas E Springer     tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
                                                                                              TOTAL: 5
```