UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
ANDERSON, PAUL                            §   Case No. 11-29999
ANDERSON, KIMBERLY                        §
                                          §
                                          §
           Debtor(s)                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Abn Amro Mortgage Grou Po Box 9438 Gaithersburg, MD 20898 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Cco Mortgage Corp. 2812 Emerywood Pkwy Richmond, VA 23294 | | | | | |
| | Cco Mortgage Corp. 2812 Emerywood Pkwy Richmond, VA 23294 | | | | | |
| | Central DuPage Hospital 0N025 Winfield Road Winfield, IL 60190 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Charter 1 Bk 1215 Superior Ave E Cleveland, OH 44114 | | | | | |
| | Charter One Na 870 Westminster St Providence, RI 02903 | | | | | |
| | Chase 201 N Walnut St # De1-10 Wilmington, DE 19801 | | | | | |
| | Chase 201 N Walnut St # De1-10 Wilmington, DE 19801 | | | | | |
| | Chase 800 Brooksedge Blvd Westerville, OH 43081 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | ComED Bankruptcy Department 555 Waters Edge Lombard, IL 60148 | | | | | |
| | Edward Hospital 801 S. Washington St Naperville, IL 60566 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank 5050 Kingsley Dr Cincinnati, OH 45227 | | | | | |
| | Ford Cred Po Box Box 542000 Omaha, NE 68154 | | | | | |
| | Ford Cred Po Box Box 542000 Omaha, NE 68154 | | | | | |
| | Ford Cred Po Box Box 542000 Omaha, NE 68154 | | | | | |
| | Ford Cred Po Box Box 542000 Omaha, NE 68154 | | | | | |
| | G M A C 15303 S 94th Ave Orland Park, IL 60462 | | | | | |
| | Gemb/Empire Po Box 981439 El Paso, TX 79998 | | | | | |
| | Gemb/Gap Po Box 981400 El Paso, TX 79998 | | | | | |
| | Gemb/Gap Po Box 981400 El Paso, TX 79998 | | | | | |
| | Gemb/Gapdc Po Box 981400 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/Meijer Po Box 981400 El Paso, TX 79998 | | | | | |
| | Harris Bank Barrington 201 S Grove Ave Barrington, IL 60010 | | | | | |
| | Harris Bank Barrington 201 S Grove Ave Barrington, IL 60010 | | | | | |
| | Hinsdale B&T 25 E First St Hinsdale, IL 60521 | | | | | |
| | Hinsdale Bank & Trust 25 E First St Hinsdale, IL 60521 | | | | | |
| | Hinsdale Bank & Trust 25 E First St Hinsdale, IL 60521 | | | | | |
| | Hsbc/Carsn Po Box 15521 Wilmington, DE 19805 | | | | | |
| | Kohls/Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Kohls/Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | |
| | Nicor PO BOX 416 Aurora, IL 60507 | | | | | |
| | Talbots 175 Beal St Hingham, MA 02043 | | | | | |
| | Thd/Cbsd Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Us Bank Po Box 5227 Cincinnati, OH 45201 | | | | | |
| | Us Bank/Na Nd 4325 17th Ave S Fargo, ND 58125 | | | | | |
| | Von Maur 6565 Brady St Davenport, IA 52806-2054 | | | | | |
| | Von Maur 6565 Brady St Davenport, IA 52806-2054 | | | | | |
| | Wffnatbank Po Box 94498 Las Vegas, NV 89193 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Wffrs/Bay Furniture Po Box 10475 Des Moines, IA 50306 |  |  |  |  |  |
|  | Wfnnb/Express 4590 E Broad St Columbus, OH 43213 |  |  |  |  |  |
| 5 | FORD MOTOR CREDIT COMPANY LLC |  |  |  |  |  |
| 4 | CAPITAL ONE, N.A. |  |  |  |  |  |
| 1 | FIFTH THIRD BANK |  |  |  |  |  |
| 2 | FIFTH THIRD BANK |  |  |  |  |  |
| 3 | FIFTH THIRD BANK |  |  |  |  |  |
| 6 | US BANK N.A. |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-29999 | BWB | Judge: Bruce W. Black | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | ANDERSON, PAUL | | | Date Filed (f) or Converted (c): | 07/22/11 (f) |
| | ANDERSON, KIMBERLY | | | 341(a) Meeting Date: | 08/23/11 |
| For Period Ending: | 01/08/13 | | | Claims Bar Date: | 03/22/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1960 Blossom Lane, Aurora IL 60503 | 243,500.00 | 0.00 | | 0.00 | FA |
| 2. 12728 Grande Pines Blvd., Plainfield, IL | 427,000.00 | 0.00 | | 0.00 | FA |
| 3. cash | 75.00 | 0.00 | | 0.00 | FA |
| 4. bank accounts with 5/3 bank | 2,150.00 | 0.00 | | 0.00 | FA |
| 5. miscellaneous household goods and furnishings-- estimated value | 3,725.00 | 0.00 | | 0.00 | FA |
| 6. miscellaneous books, pictures, and family photos, | 250.00 | 0.00 | | 0.00 | FA |
| 7. wearing apparel | 1,755.00 | 0.00 | | 0.00 | FA |
| 8. miscellaneous items | 650.00 | 0.00 | | 0.00 | FA |
| 9. Nationwide: Flexible Premium Adjustable Variable Life Insurance Policy; net cash surrender value | 5,198.17 | 0.00 | | 0.00 | FA |
| 10. Nationwide: Flexible Premium Adjustable Variable Life Insurance Policy; net cash surrender value | 10,858.34 | 0.00 | | 0.00 | FA |
| 11. IRA with American Funds Kim | 49,504.53 | 0.00 | | 0.00 | FA |
| 12. IRA with American Funds Paul | 23,865.57 | 0.00 | | 0.00 | FA |
| 13. 50% owner of incorporated busines: Trim Tech Carpentry, Inc. (business assets include tools, trailer, claims, account receivables, etc. | 4,500.00 | 0.00 | | 0.00 | FA |
| 14. liquidated tax refund(s), if any | 0.00 | 0.00 | | 0.00 | FA |
| 15. 2004 Ford Expedition (nada.com value) | 7,900.00 | 0.00 | | 0.00 | FA |
| 16. 2010 Ford F-150 | 32,000.00 | 0.00 | | 0.00 | FA |
| 17. 1936 Chevy | Unknown | 8,000.00 | | 8,000.00 | FA |
| 18. miscellaneous assets, including any unliquidated tax refund(s), if any. | 200.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

LFORM1

UST Form 101-7-TDR (5/1/2011) (Page: 11)

Ver: 17.00b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 11-29999 BWB Judge: Bruce W. Black | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | ANDERSON, PAUL | Date Filed (f) or Converted (c): | 07/22/11 (f) |
| | ANDERSON, KIMBERLY | 341(a) Meeting Date: | 08/23/11 |
| | | Claims Bar Date: | 03/22/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $813,131.61 | $8,000.00 | | $8,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is investigating the value of the 1936 Chevy .

Initial Projected Date of Final Report (TFR): 10/15/12     Current Projected Date of Final Report (TFR): 10/15/12

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-29999 -BWB | |
| Case Name: | ANDERSON, PAUL | |
| | ANDERSON, KIMBERLY | |
| Taxpayer ID No: | *******4605 | |
| For Period Ending: | 01/08/13 | |

| | | |
|---|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******9429 CHECKING ACCOUNT | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 7,949.96 | | 7,949.96 |
| 10/25/12 | 100000 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Chapter 7 Compensation/Fees | 2100-000 | | 1,550.00 | 6,399.96 |
| 10/25/12 | 100001 | Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn, MI 48121 | Claim 5, Payment 10.99721% | 7100-000 | | 884.06 | 5,515.90 |
| 10/25/12 | 100002 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, Texas 75243 | Claim 1, Payment 10.99717% | 7100-900 | | 512.63 | 5,003.27 |
| 10/25/12 | 100003 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, Texas 75243 | Claim 2, Payment 10.99721% | 7100-900 | | 2,245.96 | 2,757.31 |
| 10/25/12 | 100004 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, Texas 75243 | Claim 3, Payment 10.99723% | 7100-900 | | 1,670.23 | 1,087.08 |
| 10/25/12 | 100005 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Claim 4, Payment 10.99699% | 7100-900 | | 164.68 | 922.40 |
| 10/25/12 | 100006 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Claim 6, Payment 10.99715% | 7100-900 | | 922.40 | 0.00 |

Page Subtotals      7,949.96      7,949.96

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-29999 -BWB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | ANDERSON, PAUL | Bank Name: | ASSOCIATED BANK |
| | ANDERSON, KIMBERLY | Account Number / CD #: | *******9429  CHECKING ACCOUNT |
| Taxpayer ID No: | *******4605 | | |
| For Period Ending: | 01/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,949.96 | 7,949.96 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 7,949.96 | 0.00 | |
| | | | Subtotal | | 0.00 | 7,949.96 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 7,949.96 | |

Page Subtotals    0.00    0.00

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-29999 -BWB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | ANDERSON, PAUL | | Bank Name: | BANK OF AMERICA |
| | ANDERSON, KIMBERLY | | Account Number / CD #: | *******1851  GENERAL CHECKING |
| Taxpayer ID No: | *******4605 | | | |
| For Period Ending: | 01/08/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/10/12 | 17 | Kenneth R. Janacek<br>108 N. Lambert Rd.<br>Glen Ellyn, IL  60137 | Purchase of 1936 Chevy | 1129-000 | 8,000.00 | | 8,000.00 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.84 | 7,990.16 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.15 | 7,980.01 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.14 | 7,969.87 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.47 | 7,960.40 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.44 | 7,949.96 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 7,949.96 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 8,000.00 | 8,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 7,949.96 | |
| Subtotal | 8,000.00 | 50.04 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 8,000.00 | 50.04 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| CHECKING ACCOUNT - ********9429 | 0.00 | 7,949.96 | 0.00 |
| GENERAL CHECKING - ********1851 | 8,000.00 | 50.04 | 0.00 |
| | 8,000.00 | 8,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    8,000.00    8,000.00

Ver: 17.00b

LFORM24